An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

SFR INVESTMENTS POOL 1, LLC, A
NEVADA LIMITED LIABILITY
COMPANY,
Appellant,
vs.
GREEN TREE SERVICING, LLC, A
FOREIGN LIMITED LIABILITY
COMPANY,
Respondent.

No. 64254

**FILED**

NOV 03 2014

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

*ORDER OF REVERSAL AND REMAND*

This is an appeal from an order, certified as final under NRCP 54(b), granting a motion for summary judgment in a quiet title action. Eighth Judicial District Court, Clark County; David B. Barker, Judge.

The district court granted Green Tree Servicing's motion for summary judgment, finding that Green Tree Servicing was entitled to a judgment as a matter of law because "[t]he institution of an action or suit brought in a court of competent jurisdiction is a condition precedent to elevating the status of the association's junior lien to 'super priority.'" This court's recent disposition in *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, 130 Nev. ___, 334 P.3d 408 (2014), decides that a common-interest community association's NRS 116.3116(2) superpriority lien has true priority over a first security interest, and the association may nonjudicially foreclose on that lien. The district court's decision thus was based on an erroneous interpretation of the controlling law and did not reach the other issues colorably asserted. Accordingly, we

14-36256

REVERSE the order granting summary judgment AND REMAND for proceedings consistent with this order.

_____ , J.
Pickering

_____ , J.
Saitta

PARRAGUIRRE, J., concurring:

For the reasons stated in the *SFR Investments Pool 1, LLC v. U.S. Bank, N.A.*, 130 Nev. ___, 334 P.3d 408 (2014), dissent, I disagree that respondent lost its lien priority by virtue of the homeowners association's nonjudicial foreclosure sale. I recognize, however, that *SFR Investments* is now the controlling law and, thusly, concur in the disposition of this appeal.

_____ , J.
Parraguirre

cc:    Hon. David B. Barker, District Judge
       Howard Kim & Associates
       Brooks Hubley LLP
       Eighth District Court Clerk